LAWRENCE G. BROWN
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER M. WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

SEP 10 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   CR. NO. 2 09-CR-392 EJG
                                     )
              Plaintiff,             )
                                     )   ORDER TO SEAL
         v.                          )   (UNDER SEAL)
                                     )
ISA CHICAGO WHOLESALE,               )
MUHAMMAD INAYAT, and                 )
MUHAMMED SAEED MALIK,                )
                                     )
              Defendants.            )
_____)

    IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the first defendant or until further order of the Court.

DATED: September 10, 2009          GREGORY G. HOLLOWS
                                   _____
                                   HONORABLE GREGORY G. HOLLOWS
                                   U.S. Magistrate Judge