BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. NO. S-09-392 EJG |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| ISA CHICAGO WHOLESALE, ) | CONFERENCE |
| ) | |
| ) | Date: 01/22/10 |
| Defendant. ) | Time: 10:00 a.m. |
| _____) | Court: Courtroom 8 |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant ISA CHICAGO WHOLESALE, through its undersigned counsel Jay L. Kanzler, that the status conference presently set for January 22, 2010 be continued to **February 5, 2010.**

   This continuance is necessary to resolve issues relating to defendant Muhammad Inayat's immigration status.  Inayat, the president of ISA CHICAGO WHOLESALE, currently resides in Canada and is attempting to obtain a visa so that he main return to the United States for the purpose of entering guilty pleas on behalf of himself and ISA CHICAGO WHOLESALE. The parties stipulate and agree that the

1

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A), and that time may therefore be exluded from the computations of the Speedy Trial Act from January 22, 2010 through and including February 5, 2010.

IT IS SO STIPULATED.

Dated: January 21, 2010         /s/ Jay L. Kanzler
                                JAY L. KANZLER
                                Attorney for Defendant
                                 ISA Chicago Wholesale


Dated: January 21, 2010         BENJAMIN B. WAGNER
                                United States Attorney

                            by:  /s/ R. Steven Lapham
                                R. STEVEN LAPHAM
                                Assistant U.S. Attorney


                    O R D E R

IT IS SO ORDERED.

Dated: January 27, 2009         /s/ Edward J. Garcia
                                Edward J. Garcia
                                Senior United States District Judge

2