```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney                    FILED
 3  PETER WILLIAMS
    Special Assistant U.S. Attorney          MAR 18 2010
 4  501 I Street, Suite 10-100
    Sacramento, California 95814           CLERK, U.S. DISTRICT COURT
 5  Telephone: (916) 554-2724              EASTERN DISTRICT OF CALIFORNIA
                                           BY_____
 6                                                    DEPUTY CLERK
 7
```

           IN THE UNITED STATES DISTRICT COURT

           FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-09-392 EJG |
|       Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
|   ) | CONTINUING JUDGMENT AND SENTENCING |
| MUHAMMAD INAYAT, and ) | AND CALENDARING GUILTY PLEA |
| MUHAMMED SAEED MALIK ) | |
|   ) | Date: 03/19/10 |
|       Defendant. ) | Time: 10:00 a.m. |
|   ) | Court: Courtroom 8 |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant MUHAMMED SAEED MALIK, through his undersigned counsel, Jay L. Kanzler, that the judgment and sentencing presently set for March 19, 2010 at 9:15 a.m. be continued to **March 22, 2010** at 2:00 p.m.

    IT IS FURTHER STIPULATED that co-defendant MUHAMMAD INAYAT may be placed on the court's calendar on **March 22, 2010** at 2:00 p.m. for entry of guilty plea.

    This continuance is at the request of counsel for MALIK and INAYAT to permit co-defendant Inayat adequate time to travel to the

1

United States and meet with prosecutors and agents in advance of entering his guilty plea. The government's application to parole INAYAT into the United States for criminal prosecution has been granted. It is expected that INAYAT will travel to Sacramento on March 18, 2010 and be arraigned before the Magistrate Judge later that afternoon or on March 19.

IT IS SO STIPULATED.

Dated: March 17, 2010         /s/ Jay L. Kanzler
                              JAY L. KANZLER
                              Attorney for Defendants
                                Muhammad Inayat and
                                Muhammed Saeed Malik

Dated: March 17, 2010         BENJAMIN B. WAGNER
                              United States Attorney

                              by:  /s/ R. Steven Lapham
                                  R. STEVEN LAPHAM
                                  Assistant U.S. Attorney


O R D E R

IT IS SO ORDERED.

Dated: 3/18/10                _____
                              Edward J. Garcia
                              Senior United States District Judge