```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  PETER WILLIAMS
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2724
```



**FILED**

MAR 18 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-09-392 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND CALENDARING GUILTY PLEA |
| MUHAMMAD INAYAT, and MUHAMMED SAEED MALIK | |
| Defendant. | Date: 03/19/10<br>Time: 10:00 a.m.<br>Court: Courtroom 8 |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant MUHAMMED SAEED MALIK, through his undersigned counsel, Jay L. Kanzler, that the judgment and sentencing presently set for March 19, 2010 at 9:15 a.m. be continued to **March 22, 2010** at 2:00 p.m.

IT IS FURTHER STIPULATED that co-defendant MUHAMMAD INAYAT may be placed on the court's calendar on **March 22, 2010** at 2:00 p.m. for entry of guilty plea.

This continuance is at the request of counsel for MALIK and INAYAT to permit co-defendant Inayat adequate time to travel to the

United States and meet with prosecutors and agents in advance of entering his guilty plea.  The government's application to parole INAYAT into the United States for criminal prosecution has been granted.  It is expected that INAYAT will travel to Sacramento on March 18, 2010 and be arraigned before the Magistrate Judge later that afternoon or on March 19.

IT IS SO STIPULATED.

Dated: March 17, 2010    /s/ Jay L. Kanzler
                         JAY L. KANZLER
                         Attorney for Defendants
                         Muhammad Inayat and
                         Muhammed Saeed Malik

Dated: March 17, 2010    BENJAMIN B. WAGNER
                         United States Attorney

                         by:  /s/ R. Steven Lapham
                         R. STEVEN LAPHAM
                         Assistant U.S. Attorney


O R D E R

IT IS SO ORDERED.

Dated: 3/18/10           Edward J. Garcia
                         Senior United States District Judge

2