UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                        RE:    **MUHAMMAD INAYAT**
                                  Docket Number:   2:09CR00392-02
                                  **CONTINUANCE OF JUDGMENT**
                                  **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from August 6, 2010 to November 19, 2010, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The defendant has continued to be unavailable to participate in the presentence interview due to personal family matters and logistics regarding his immigration status. Both counsel are working to get the defendant into the country for an interview during the first week of August; however, that has not been confirmed. Additionally, the undersigned is on vacation for one month beginning August 9, 2010. It is hoped the new sentencing date will allow sufficient time to complete the investigation and prepare the report for the Court.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/s/
**LINDA O. DILLON**
**United States Probation Officer**

**REVIEWED BY:** /s/
Jeffrey C. Oestreicher
**Supervising United States Probation Officer**

Dated: August 2, 2010
Sacramento, California
LOD/sda

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

XX **Approved**   /s/ Edward J. Garcia   8/2/10
**EDWARD J. GARCIA**
**Senior United States District Judge**   **Date**

**Disapproved**

2
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA**   Docket Number:   **2:09CR00392-02**

RE:    Muhammad Inayat
       Docket Number:   2:09CR00392-02
       **CONTINUANCE OF JUDGMENT AND SENTENCING**

|  |  |
|---|---|
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| MUHAMMAD INAYAT | |
| Defendant. / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 11/19/2010 |
| Reply, or Statement of Non-Opposition: | 11/12/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/05/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/29/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/22/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/08/2010 |