```
BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-09-392 EJG |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| MUHAMMAD INAYAT, ) | RE: JUDGMENT AND SENTENCING |
| ISA CHICAGO WHOLESALE, ) | |
| ) | Date: 01/28/11 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Court: Courtroom 8 |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant MUHAMMAD INAYAT and ISA CHICAGO WHOLESALE, through their undersigned counsel, Jay L. Kanzler, that the judgment and sentencing presently set for January 28, 2011 at 9:00 a.m. be continued to **March 18, 2011** at 9:00 a.m.

   Both sides request this continuance so that the defendants may provide additional assistance to the government prior to being sentenced and for the additional reasons set forth in a memorandum to

////

1

the court.

IT IS SO STIPULATED.

Dated: January 27, 2011          /s/ Jay L. Kanzler
                                 JAY L. KANZLER
                                 Attorney for Defendants
                                  Muhammad Inayat and
                                  ISA Chicago Wholesale


Dated: January 27, 2011          BENJAMIN B. WAGNER
                                 United States Attorney


                              by: /s/ R. Steven Lapham
                                 R. STEVEN LAPHAM
                                 Assistant U.S. Attorney




                                O R D E R

IT IS SO ORDERED.

Dated: February 2, 2011          /s/ Edward J. Garcia
                                 HON. EDWARD J. GARCIA
                                 Senior United States District Judge