BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724



FILED

MAR 2 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-09-392 EJG |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| MUHAMMAD INAYAT, ) | RE: JUDGMENT AND SENTENCING |
| ISA CHICAGO WHOLESALE, ) | |
| ) | Date: 03/25/11 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Court: Courtroom 8 |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant MUHAMMAD INAYAT and ISA CHICAGO WHOLESALE, through their undersigned counsel, Jay L. Kanzler, that the judgment and sentencing presently set for March 25, 2011 at 10:00 a.m. be continued to **June 3, 2011** at 10:00 a.m.

Both sides request this continuance so that the defendants may provide additional assistance to the government prior to being

////

////

1

sentenced.

IT IS SO STIPULATED.

Dated: March 18, 2011                  /s/ Jay L. Kanzler
                                       JAY L. KANZLER
                                       Attorney for Defendants
                                         Muhammad Inayat and
                                         ISA Chicago Wholesale


Dated: March 18, 2011                  BENJAMIN B. WAGNER
                                       United States Attorney


                                  by:  /s/ R. Steven Lapham
                                       R. STEVEN LAPHAM
                                       Assistant U.S. Attorney




                          O R D E R

IT IS SO ORDERED.

Dated:  3/21/11
                                       HON. EDWARD J. GARCIA
                                       Senior United States District Judge