

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

**FILED**

JUN  3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

> **RE:**  **ISA CHICAGO WHOLESALE (01)**
> **Muhammad INAYAT (02)**
> **Docket Number:  2:09CR00392**
> **REQUEST TO CONTINUE STATUS DATE**

Your Honor:

The status conference for defendants ISA Chicago Wholesale and Muhammad Inayat is currently set for June 3, 2011.  However, according to both parties, they are not ready to go forward.  Therefore, it is respectfully requested the status hearing be continued to July 15, 2011.  On that date, the matters can  be continued for further status or, if the parties are ready, set for a Judgment and Sentencing date, along with a disclosure schedule for the Presentence Report.

Respectfully submitted,

**LINDA O. DILLON**
**United States Probation Officer**

REVIEWED BY:

**JEFFREY C. OESTREICHER**
**Supervising United States Probation Officer**

Dated:        May 26, 2011
              Sacramento, California
              LOD/sca

Attachment(s)

Rev. 11/2009
MEMO ~ COURT.MRG

**RE:    ISA CHICAGO WHOLESALE (01)**
**        Muhammad INAYAT (02)**
**        Docket Number:   2:09CR00392**
**        <u>REQUEST TO VACATE JUDGMENT AND</u>**
**        <u>SENTENCE DATE/SCHEDULE STATUS DATE</u>**


cc:     Robert Steven Lapham
        Assistant United States Attorney

        Jay L. Kanzler
        Defense Counsel


AGREE: _____                DISAGREE: _____


_____          __6/3/11___
**EDWARD J. GARCIA**                         DATE
Senior United States District Judge

Rev. 11/2009
MEMO ~ COURT.MRG