```
BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>           Plaintiff,               )<br>                                    )<br>      v.                            )<br>                                    )<br> MUHAMMAD INAYAT,                    )<br> ISA CHICAGO WHOLESALE,              )<br>                                    )<br>           Defendant.               )<br> _____) | CR. NO. S-09-392 EJG<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE<br>RE: JUDGMENT AND SENTENCING<br><br>Date: 07/15/11<br>Time: 10:00 a.m.<br>Court: Courtroom 8 |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant MUHAMMAD INAYAT and ISA CHICAGO WHOLESALE, through their undersigned counsel, Jay L. Kanzler, that the judgment and sentencing presently set for July 15, 2011 at 10:00 a.m. be continued to **October 28, 2011** at 10:00 a.m.

   Both sides request this continuance so that the defendants may provide additional assistance to the government prior to being

////

////

1

sentenced.

IT IS SO STIPULATED.

Dated: July 15, 2011                    /s/ Jay L. Kanzler
                                       JAY L. KANZLER
                                       Attorney for Defendants
                                        Muhammad Inayat and
                                        ISA Chicago Wholesale


Dated: July 15, 2011                   BENJAMIN B. WAGNER
                                       United States Attorney


                                       by:  /s/ R. Steven Lapham
                                       R. STEVEN LAPHAM
                                       Assistant U.S. Attorney



                         O R D E R

IT IS SO ORDERED.

Dated: July 15, 2011                    /s/ Edward J. Garcia
                                       HON. EDWARD J. GARCIA
                                       Senior United States District Judge