BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-09-392 EJG |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| MUHAMMAD INAYAT, ) ISA CHICAGO WHOLESALE, ) | RE: JUDGMENT AND SENTENCING |
| Defendant. ) | Date: 10/28/11 Time: 10:00 a.m. Court: Courtroom 8 |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant MUHAMMAD INAYAT and ISA CHICAGO WHOLESALE, through their undersigned counsel, Jay L. Kanzler, that the judgment and sentencing presently set for October 28, 2011 at 10:00 a.m. be continued to **February 24, 2012** at 10:00 a.m.

Both sides request this continuance so that the defendants may provide additional assistance to the government prior to being

////

////

1

sentenced.

IT IS SO STIPULATED.

Dated: October 26, 2011            /s/ Jay L. Kanzler
                                   JAY L. KANZLER
                                   Attorney for Defendants
                                    Muhammad Inayat and
                                    ISA Chicago Wholesale

Dated: October 26, 2011            BENJAMIN B. WAGNER
                                   United States Attorney


                                by: /s/ R. Steven Lapham
                                   R. STEVEN LAPHAM
                                   Assistant U.S. Attorney



                              O R D E R

IT IS SO ORDERED.

Dated: October 27, 2011            /s/ Edward J. Garcia
                                   HON. EDWARD J. GARCIA
                                   Senior United States District Judge