UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

**FILED**
**NOV 29 2011**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:   **ISA CHICAGO WHOLESALE (01)**
       **Muhammad INAYAT (02)**
       **Docket Number:   2:09CR00392**
       **REQUEST TO CONTINUE STATUS DATE**

Your Honor:

The sentencing date for defendants ISA Chicago Wholesale and Muhammad Inayat is currently set for February 24, 2012. However, according to both parties, they are not ready to go forward with the presentence investigation. Therefore, it is respectfully requested the sentencing hearing be converted to a status hearing. On that date, the matters can be continued for further status or, if the parties are ready, set for a Judgment and Sentencing date, along with a disclosure schedule for the Presentence Report.

Respectfully submitted,

*/s/ Linda Alger*
**LINDA L. ALGER**
**United States Probation Officer**

REVIEWED BY:   */s/ Hugo Ortiz*
**HUGO ORTIZ**
**Supervising United States Probation Officer**

Dated:   November 16, 2011
          Sacramento, California
          LLA

1

Rev. 11/2009
MEMO ~ COURT.MRG

RE:   **ISA CHICAGO WHOLESALE (01)**
      **Muhammad INAYAT (02)**
      **Docket Number:   2:09CR00392**
      **REQUEST TO VACATE JUDGMENT AND**
      **SENTENCE DATE/SCHEDULE STATUS DATE**

cc:   Robert Steven Lapham
      Assistant United States Attorney

      Jay L. Kanzler
      Defense Counsel

AGREE: ✓              DISAGREE: _____

_____              11/23/11
**EDWARD J. GARCIA**                     DATE
Senior United States District Judge