1   BENJAMIN B. WAGNER
    United States Attorney
2   R. STEVEN LAPHAM
    Assistant U.S. Attorney
3   PETER WILLIAMS
    Special Assistant U.S. Attorney
4   501 I Street, Suite 10-100
    Sacramento, California 95814
5   Telephone: (916) 554-2724

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )   CR. NO. S-09-392 EJG
12              Plaintiff,         )
                                   )
13      v.                         )   STIPULATION AND ORDER
                                   )   CONTINUING STATUS CONFERENCE
14  MUHAMMAD INAYAT,               )   RE: JUDGMENT AND SENTENCING
    ISA CHICAGO WHOLESALE,         )
15                                 )    Date: 6/08/12
                Defendant.         )    Time: 10:00 a.m.
16  _____)      Court: Courtroom 8

17

18       IT IS HEREBY stipulated between the United States of America

19  through its undersigned counsel, Assistant United States Attorney R.

20  Steven Lapham, and defendant MUHAMMAD INAYAT and ISA CHICAGO

21  WHOLESALE, through their undersigned counsel, Jay L. Kanzler, that

22  the judgment and sentencing presently set for June 8, 2011 at 10:00

23  a.m. be continued to **September 7, 2012** at 10:00 a.m.

24       Both sides request this continuance so that the defendants may

25  provide additional assistance to the government prior to being

26  sentenced.  The continuance is also requested to permit the probation

27  officer to complete her Presentence Report.  Both parties are mindful

28  of the numerous continuance that have already been granted but

                                    1

1  represent that, if the current request is granted, no further

2  continuance will be necessary and that, barring any unforseen

3  developments, sentencing should go forward on September 7, 2012.

4

5  IT IS SO STIPULATED.

6  Dated: June 6, 2012          /s/ Jay L. Kanzler
                                    JAY L. KANZLER
7                                   Attorney for Defendants
                                     Muhammad Inayat and
8                                    ISA Chicago Wholesale

9
   Dated: June 6, 2012          BENJAMIN B. WAGNER
10                              United States Attorney

11
                                by:  /s/ R. Steven Lapham
12                                   R. STEVEN LAPHAM
                                     Assistant U.S. Attorney

13

14

15                              O R D E R

16
   IT IS SO ORDERED.
17
   Dated: June 7, 2012          /s/ Edward J. Garcia
18                              HON. EDWARD J. GARCIA
                                Senior United States District Judge
19

20

21

22

23

24

25

26

27

28