BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>    v. )<br>)<br>MUHAMMAD INAYAT, )<br>ISA CHICAGO WHOLESALE, )<br>)<br>            Defendant. )<br>_____) | CR. NO. S-09-392 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br>CONTINUING STATUS CONFERENCE<br>RE: JUDGMENT AND SENTENCING<br><br>Date: 8/19/13<br>Time: 10:00 a.m.<br>Court: Courtroom 8 |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant MUHAMMAD INAYAT and ISA CHICAGO WHOLESALE, through their undersigned counsel, Jay L. Kanzler, that the judgment and sentencing presently set for August 19, 2013 at 9:30 a.m. be continued to **October 15, 2013** at 9:30 a.m.

    Both sides request this continuance because the defendant suffered a heart attack in early August and has been prescribed bedrest for approximately six weeks. Because the defendant resides in Toronto, Canada, requiring him to appear for sentencing would necessitate him traveling by air for several hours which, the parties

////

agree, would be contrary to the medical advice given to him by his doctors.

IT IS SO STIPULATED.

Dated: August 15, 2013        /s/ Jay L. Kanzler
                              JAY L. KANZLER
                              Attorney for Defendants
                               Muhammad Inayat and
                               ISA Chicago Wholesale

Dated: August 15, 2013        BENJAMIN B. WAGNER
                              United States Attorney

                              by:  /s/ R. Steven Lapham
                              R. STEVEN LAPHAM
                              Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated:  August 15, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE