BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>ISA CHICAGO WHOLESALE, AND MUHAMMAD INAYAT,<br><br>                  Defendants. | CASE NO. 2:09-CR-392 WBS<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER<br><br>DATE: February 18, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for Judgment and Sentencing on January 27, 2014.

2. Jay Kanzler, counsel for defendants ISA Chicago Wholesale, Inc. and Mohammad Inayat, asks that this Court to continue the scheduled sentencing date for both defendants from January 27, 2014, until February 18, 2014 at 9:30 a.m. Additional time is requested because defense counsel wishes to discuss issues related to payment of restitution with his client and the government, including the disposition of a piece of real property that is currently subject to a government lien and which it is anticipated will be used to satisfy a portion of the anticipated restitution order.

///

///

///

3. On January 23, 2014, counsel for the defendants relayed this request to government counsel and asked government counsel to file this stipulation. The government agrees that this delay is reasonable under the facts provided by defense counsel and joins the defendants' request to continue Judgment and Sentencing to February 18, 2014 at 9:30 a.m.

IT IS SO STIPULATED.

Dated:  January 23, 2014                                BENJAMIN B. WAGNER
                                                        United States Attorney


                                                        /s/ MICHAEL D. ANDERSON
                                                        MICHAEL D. ANDERSON
                                                        Assistant United States Attorney


Dated:  January 23, 2014                                /s/ JAY KANZLER
                                                        JAY KANZLER
                                                        Counsel for Defendant
                                                        ISA Chicago Wholesale, Inc.

Dated:  January 23, 2014                                /s/ JAY KANZLER
                                                        JAY KANZLER
                                                        Counsel for Defendant
                                                        Muhammad Inayat


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  January 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE