IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD INAYAT,<br><br>Defendant. | CASE NO. 2:09-CR-392-02-WBS<br><br>[~~PROPOSED~~] ORDER TO DISMISS INDICTMENT AS TO MUHAMMAD INAYAT |

[~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that the indictment in the above captioned case be dismissed against defendant MUHAMMAD INAYAT without prejudice in the interest of justice.

DATED: 3/17/2014

_____
HON. WILLIAM B. SHUBB
United States District Judge

Motion and [Proposed] Order to Dismiss
Indictment