IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-392-02-WBS |
| Plaintiff, | [~~PROPOSED~~] ORDER TO DISMISS INDICTMENT AS TO MUHAMMAD INAYAT |
| v. | |
| MUHAMMAD INAYAT, | |
| Defendant. | |

### [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that the indictment in the above captioned case be dismissed against defendant MUHAMMAD INAYAT without prejudice in the interest of justice.

DATED: 3/17/2014

HON. WILLIAM B. SHUBB
United States District Judge

Motion and [Proposed] Order to Dismiss
Indictment